**Robert D. Byers Bar No. 159871**
Byers, Bell & Warrick
1999 Harrison Street, Suite 2010
Oakland, California 94612
Tel No. (510) 465-4000

Attorney for *Defendant for Robin Chew*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ROBIN CHEW,<br>   Defendant. | <u>SAN FRANCISCO VENUE</u><br><br>CR-05-0110 MAG<br><br>STIPULATION AND {~~PROPOSED~~} ORDER TO CONTINUE SENTENCING |

    Defendant Robin Chew, by and through his counsel of record Robert D. Byers, and plaintiff United States of America, by and through its counsel of record Christopher Craig, hereby stipulate and request that the defendants sentencing date of September 6, 2005 be continued until October 20, 2005 at 9:30 a.m.  The United States Probation Office has agreed to continue the sentencing date.

                                                                           Respectfully submitted,

Dated: August 22, 2005                                                  //ss//
                                                                       ROBERT D. BYERS
                                                                       Attorney for Robin Chew

Dated: August 22, 2005                                                  //ss//
                                                                       CHRISTOPHER CRAIG
                                                                       Assistant United States Attorney

ROBIN CHEW STIP FOR CONTINUANCE AND PROPOSED ORDER

**ORDER**

Based on the request provided above in the stipulation of the parties in *United States v. Robin Chew* CR-05-0110 MAG, it is ordered that this matter will be continued until October 20, 2005 at 9:30 a.m.

IT IS SO ORDERED

Dated: 8/23/05

_____
HONORABLE NANDOR J. VADAS
United States Magistrate Judge

ROBIN CHEW STIP FOR CONTINUANCE AND PROPOSED ORDER     2