FILED
2005 OCT 20 PM 2:10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0110 MAG |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| ROBIN CHEW, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒ Presentence Report
☐ Plea Agreement
☐ _____
   (Other)

**IT IS SO ORDERED.**

Dated: 10/20/05

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE