# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

DEBRA K. AASMUNDSTAD
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

FILED
FEB 2 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 16, 2006

Nandor J. Vadas
United States Magistrate Judge

**Re:   Robin Chew**
       **Docket No.: CR 05-0110-01 MAG**
       **TRAVEL REQUEST**

Your Honor:

On October 20, 2005, the offender was sentenced by Your Honor to 36 months probation, for a violation of the following: Count One: Driving Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor. The following special conditions of supervision were ordered: Alcohol treatment; Special Assessment $10; Fine $1,000; Enter an approved "DUI Program" and provide proof of enrollment and completion to his U.S. Probation Officer; Restriction of driving privileges for 90 days, except he may drive to and from work and to and from his counseling program; Shall not operate a motor vehicle with any measurable amount of alcohol in his blood; and Maintain proof of financial responsibility for 3 years. Supervision commenced on October 20, 2005.

The offender is requesting permission to take a vacation, with friends, to Costa Rica from March 7, 2006 until March 14, 2006. The Costa Rican consulate has been contacted and informed that they have no prohibition against the offender traveling to their country.

Mr. Chew has been performing well on supervision. His fine and special assessment were paid in full on October 20, 2005. The offender will have completed the First Offender DUI course before his departure to Costa Rica and, upon his return, will be enrolled in the drug aftercare program.

Mr. Chew has been extremely cooperative with the undersigned officer. The undersigned has no objection and respectfully recommends that the court approve Mr. Chew's request to travel.

NDC-SUPV-049 11/14/05

Robin Chew                                                                 Page 2
CR CR 05-00110-01 NJV

Respectfully submitted,                    Reviewed by:

_____                  _____
Bobby H. Love, Jr.                         Sharon K. Alberts
U.S. Probation Officer                     Supervisory U.S. Probation Officer

---

Travel to Costa Rica from March 7, 2006 until March 14, 2006 is:

☑ Approved
☐ Denied

   2/27/06                                 _____
_____                  Nandor J. Vadas
Date                                       United States Magistrate Judge