

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

February 1, 2007



Nandor J. Vadas
United States Magistrate Judge

Re:   **Robin Chew**
      **Docket No.: CR 05-0110-01 MAG**
      **TRAVEL REQUEST**

Your Honor:

On October 20, 2005, the offender was sentenced by Your Honor to 36 months probation, for a violation of the following: Count One: Driving Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor. The following special conditions of supervision were ordered: Alcohol treatment; Special Assessment $10; Fine $1,000; Enter an approved "DUI Program" and provide proof of enrollment and completion to his U.S. Probation Officer; Restriction of driving privileges for 90 days, except he may drive to and from work and to and from his counseling program; Shall not operate a motor vehicle with any measurable amount of alcohol in his blood; and Maintain proof of financial responsibility for 3 years. Supervision commenced on October 20, 2005.

The offender is requesting permission to take a vacation, with friends, to Thailand from February 15, 2007, until March 5, 2007. Attempts have been made to contact the Thailand Consulate with no response.

Mr. Chew has been performing well on supervision. His fine and special assessment were paid in full on October 20, 2005. The offender has completed the First Offender DUI and has been an active participant in the drug aftercare program.

NDC-SUPV-049 11/14/05

Robin Chew                                                                                         Page 2
CR CR 05-00110-01 NJV

Mr. Chew has been extremely cooperative with the undersigned officer. The undersigned has no objection and respectfully recommends that the court approve Mr. Chew's request to travel.

Respectfully submitted,                           Reviewed by:

_____                           _____
Bobby H. Love, Jr.                                Amy Rizor
U.S. Probation Officer                            Supervisory U.S. Probation Officer

---

Travel to Costa Rica from February 15, 2007, until March 5, 2007 is:

☒ Approved
☐ Denied

_2/7/07_____                          _____
Date                                              Nandor J. Vadas
                                                  United States Magistrate Judge